THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL CASUALTY COMPANY,<br><br>    Defendant. | No.: 2:20-cv-01699-BJR<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |

## **STIPULATION**

Plaintiff, City of Seattle (the "City") and the Defendant National Casualty Company ("NCC") (together, the "Parties") stipulate that the claims asserted against NCC by the City in this lawsuit, including but not limited to all contractual and extra-contractual claims, should be dismissed with prejudice and without an award of costs or fees to any of the Parties..

IT IS SO ORDERED this _____ day of March 2021.

_____
THE HONORABLE BARBARA J. ROTHSTEIN

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
No.: 2:20-cv-01699-BJR

Page 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

Presented by:

| | |
|---|---|
| GORDON TILDEN THOMAS & CORDELL LLP<br>*\*\* per emailed authority* | BULLIVANT HOUSER BAILEY PC |
| By */s/ Michael P. Brown*<br>Susannah C. Carr, WSBA #38475<br>scarr@gordontilden.com<br>Michael P. Brown, WSBA #45618<br>mbrown@gordontilden.com | By */s/ Daniel Bentson*<br>Daniel R. Bentson, WSBA #36825<br>daniel.bentson@bullivant.com<br>Alexander Jurisch, WSBA #53552<br>alexander.jurisch@bullivant.com |
| Attorneys for Plaintiff City of Seattle | Attorneys for Defendant National Casualty Company |

PETER S. HOLMES
Seattle City Attorney
*\*\* per emailed authority*

By */s/ Robert Tad Seder*
Robert Tad Seder, WSBA #14521
Tad.Seder@Seattle.gov

Assistant City Attorney

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
No.: 2:20-cv-01699-BJR

Page 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

# CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2021, I electronically filed the foregoing with the Clerk of the Court using the e-filing system which will send notification of such filing to the persons listed below:

Susannah C. Carr, WSBA #38475
Michael P. Brown, WSBA #45618
**GORDON TILDEN THOMAS & CORDELL LLP**
600 University Street, Suite 2915
Seattle, Washington 98101
206.467.6477
scarr@gordontilden.com
mbrown@gordontilden.com

*Attorney for Plaintiff City of Seattle*

Robert Tad Seder, WSBA #14521
Assistant City Attorney
**PETER S. HOLMES -** Seattle City Attorney
701 Fifth Avenue, Suite 2050
Seattle, Washington 98104
206.684.8200
Tad.Seder@Seattle.gov

Dated:  March 11, 2021

/s/  Genevieve Schmidt
Genevieve Schmidt, Legal Assistant

4844-2117-3983.1

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
No.: 2:20-cv-01699-BJR

Page 3

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930