THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL CASUALTY COMPANY,<br><br>　　　　　　　Defendant. | No.: 2:20-cv-01699-BJR<br><br>STIPULATION AND ORDER OF DISMISSAL |

## **STIPULATION**

Plaintiff, City of Seattle (the "City") and the Defendant National Casualty Company ("NCC") (together, the "Parties") stipulate that the claims asserted against NCC by the City in this lawsuit, including but not limited to all contractual and extra-contractual claims, shall be dismissed with prejudice and without an award of costs or fees to any of the Parties..

IT IS SO ORDERED this 15th day of March 2021.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge